# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:24-M -01131(1) - LS |
| | § |
| (1) Stiven Harrison Sarmiento-Tarazona | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 11, 2024** in **El Paso** County, in the **WESTERN DISTRICT OF TEXAS** DEFENDANT did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers.

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

"The DEFENDANT, Stiven Harrison SARMIENTO-Tarazona, an alien to the United States and a citizen of Colombia, entered the United States from the Republic of Mexico by walking across the riverbed of the Rio Grande River on March 11, 2024, approximately two miles east of the Bridge of the Americas in El Paso, Texas, in the Western District of Texas. The place where the DEFENDANT entered is not designated as a Port of Entry by immigration officers."

Continued on the attached sheet and made a part hereof:      X Yes   ☐ No

Sworn to before me,

/s/ PONCE, CESAR
Signature of Complainant
Border Patrol Agent

March 15, 2024                                      at   EL PASO, Texas
Date                                                     City and State

LEON SCHYDLOWER
UNITED STATES MAGISTRATE JUDGE                           Signature of Judge
                                                         **OATH TELEPHONICALLY SWORN AT 1:30 P.M.**
                                                         **FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) Stiven Harrison Sarmiento-Tarazona

FACTS   (CONTINUED)

The DEFENDANT, Stiven Harrison SARMIENTO-Tarazona, an alien to the United States and a citizen of Colombia, entered the United States from the Republic of Mexico by walking across the riverbed of the Rio Grande River on March 11, 2024, approximately two miles east of the Bridge of the Americas in El Paso, Texas, in the Western District of Texas.  The place where the DEFENDANT entered is not designated as a Port of Entry by immigration officers.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
NONE

CRIMINAL HISTORY:
NONE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

USA

vs.  Case Number:  EP:24-M -01131(1)  LS

(1) Stiven Harrison Sarmiento-Tarazona

### ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Because the interests of justice so require, John Lee Granberg, a duly licensed attorney in this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of this court.

It is, accordingly, so **ORDERED** this **March 15, 2024.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**LEON SCHYDLOWER**

bef

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Mar 15 2024
Clerk, U.S. District Court
Western District of Texas

By: *VMedina*
Deputy

| | |
|---|---|
| USA § | |
| § | Case Number: EP:24-M -01131(1) LS |
| vs. § | |
| § | |
| (1) Stiven Harrison Sarmiento-Tarazona § | 8 USC 1325(a)(1) |
| *Defendant* | |

## INITIAL APPEARANCE

On **March 15, 2024**, the defendant appeared in Court before U.S. Magistrate Judge **LEON SCHYDLOWER**. The defendant affirmed being the person named in the charging document.

**The defendant was advised as follows:**

1) The nature of the charge against him/her.

2) The right to retain counsel or to request the assignment of counsel if he/she is unable to obtain counsel.

3) That he/she is not required to make any statement and that any statement he/she makes may be used against him/her.

4) The right to a preliminary examination if not indicted.

5) The right to consideration of bail.

6) The right to have the government or a federal law enforcement official notify a consular officer from his/her home country of nationality of the arrest.

**Attorney**
( X )   Counsel Appointed / Retained: **CJA  John Lee Granberg 915-253-2091**

**Next Hearing Date/Time**
( X )   **DETENTION AND/OR MISDEMEANOR PLEA AND SENTENCE   March 25, 2024** at **01:30 PM**

   **525 Magoffin Avenue, El Paso, TX 79901    Magistrate Courtroom, Room 512**

**Bond**
( X )   No Bond Set.  Temporary Detention Ordered.

**Interpreter Needed:**         Interpreter:Spanish         **Record FTR Gold**

**Time:**   2:09 - 2:15 = 0 Minutes         **Arrest Date:**
                                                             El Paso County

Arresting Agency:   El Paso Sector Border Patrol - PONCE, CESAR
Courtroom Deputy: Veronica Medina (915) 834-0518
Interpreter: L. Quevedo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number:  EP:24-M -01131(1) |
| | § | |
| (1) Stiven Harrison Sarmiento-Tarazona | § | |

**ORDER SETTING DETENTION AND/OR MISDEMEANOR PLEA AND SENTENCE**

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for **DETENTION AND/OR MISDEMEANOR PLEA AND SENTENCE**, **March 25, 2024 at 01:30 PM** in **Magistrate Courtroom, Room 512, before U.S. Magistrate Judge Schydlower.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

**IT IS SO ORDERED** this **15th day of March, 2024.**

_____
**LEON SCHYDLOWER**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § § | |
| vs. | § | NO: EP:24-M -01131(1) LS |
| | § § | |
| (1) Stiven Harrison Sarmiento-Tarazona | § | |

## ORDER OF TEMPORARY DETENTION

Under 18 U.S.C. §§ 3142(d)(1)(B) and 3142(d)(2), I find that the defendant "is not a citizen of the United States or lawfully admitted for permanent residence…[and] may flee." Accordingly, unless a component of the Department of Homeland Security arrested the defendant, the attorney for the government is directed to notify the appropriate immigration authorities, and notification via email suffices. The detention hearing is set for March 25, 2024.

SO ORDERED.

**SIGNED AND ENTERED** on **March 15, 2024**.

_____
LEON SCHYDLOWER
UNITED STATES MAGISTRATE JUDGE